## ATTACHMENT A

## PROPERTY TO BE SEARCHED

The Subject Property is described as follows: Apartment 31, 87 Elm Street, Winooski, Vermont. The subject property is located within is a two-story multi-unit apartment building that is a red brick building, with white trim. The doors to the residence are both green in color. The numerical numbers "31" are silver in color are affixed to the exterior of the door of the residence. Apartment 31 is located on the northwest side of the building on the first floor. The building is depicted in the photograph below.

